# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID B. YOUNG, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. CIV-22-711-SLP |
| REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, | ) |
|     Defendant. | ) |

## ORDER TO SHOW CAUSE

Plaintiff filed his Complaint on August 18, 2022. The Court docket reflects that Plaintiff has not obtained service against the Defendant named herein. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff is directed to show cause no later than December 6, 2022, why this action should not be dismissed without prejudice for failure to effect service of process within ninety days. In the absence of such a showing, this action may be dismissed without further notice to Plaintiff.

IT IS SO ORDERED this 29th day of November, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE